**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Clemente Moises PULIDO–JAUREGUI,
Defendant—Appellant.**

No. 08–50368.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Steve Miller, Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Cristina Gabrielidis Lechman, Esquire, Lechman & Lechman, San Diego, CA, for Defendant-Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Clemente Moises Pulido–Jauregui appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Pulido–Jauregui contends, among other things, that the district court erred by applying a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A) because his prior conviction for assault on a federal officer, in violation of 18 U.S.C. § 111, does not constitute a crime of violence. We are precluded from reaching the merits of Pulido–Jauregui's claims by the valid appeal waiver. *See United States v. Bibler*, 495 F.3d 621, 623–24 (9th Cir.2007); *see also United States v. Jacobo Castillo*, 496 F.3d 947, 957 (9th Cir.2007) (en banc).

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

The government's motion for judicial notice is denied as moot.

**AFFIRMED; REMANDED to correct the judgment.**

**John Ray MILLER, Petitioner–
Appellant,**

v.

**Jim BENEDETTI, Warden,
Respondent–Appellee.**

No. 08–16906.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).